**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | | **CRIMINAL NO.  26-00090-JB** |
| | * | |
| **DANIEL HOLIFIELD** | * | |
|    Defendant. | | |

### NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW **DANIEL HOLIFIELD**, by and through undersigned counsel, and notifies this Honorable Court that he will be tendering a guilty plea to counts one, eleven, and fourteen of the indictment.

Respectfully submitted,

/s/ Colin J. Fitzpatrick
COLIN J. FITZPATRICK
Assistant Federal Defender
Florida State Bar No: 1019998
Federal Defenders Organization, Inc.
11 N. Water Street, Suite 11290
Mobile, Alabama 36602
(251) 433-0910

### CERTIFICATE OF SERVICE

I do hereby certify that I have electronically served a true and correct copy of the foregoing notice upon A.U.S.A., Kasee Heisterhagen, on this ___10___ day of August 2026.

/s/ Colin J. Fitzpatrick