**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff** | * | |
| **vs.** | * | **CR-26-090** |
| **DANIEL HOLIFIELD,**<br>**Defendant** | * | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now the Defendant, Daniel Holifield, by and through his attorney, Dennis J. Knizley, and respectfully moves this Honorable Court for leave to file the Motion to Continue in this case under seal.

1. The Government and the Defendant are in agreement that the motion should be filed under seal.
2. The motion involves a 5K1.1 downward departure, or a substitute thereof, that refers to the potential criminal conduct of people that are not a part of this case at this time.
3. Filing the motion publicly could affect the Government's prosecution of some involved in the case.

Wherefore, premise considered, the Defendant respectfully moves this Honorable Court to grant leave to file the Motion to Continue in this case under seal, and for any such other, further, and different relief to which he may be entitled, the premises considered.

Respectfully submitted,
*/s/Dennis J. Knizley*
Attorney for the Defendant
7 N. Lawrence Street
Mobile, AL 36602
Phone: (251) 432-3799

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kasee Heisterhagen

Assistant U.S. Attorney

*/s/ Dennis J. Knizley*