**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ALABAMA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | CRIMINAL NO. : 26-00090-JB |
| DANIEL HOLIFIELD | * | |

**NOTICE OF INTENT TO ENTER GUILTY PLEA**

COMES NOW, Daniel Holifield, by and through the undersigned counsel, gives this Honorable Court his notice of his intent to enter a plea of guilty to COUNTS ONE, ELEVEN, and FOURTEEN of the Indictment.

Respectfully submitted,

*/s/Dennis J. Knizley*
Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone: (251) 432-3799

*CERTIFICATE OF SERVICE*

I do hereby certify that I have electronically served a true and correct copy of the foregoing notice upon Assistant United States District Attorney, Kasee Heisterhagen, on this 11th day of November, 2026.

*/s/Dennis J. Knizley*